# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |
| --- | --- |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -02236(1) |
|  | § |
| (1) Ameer Fadhil Abdullah Alghazi | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 18, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title      **19**      United States Code, Section(s)      **1459(a)**

.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"On September 18, 2022, the defendant, Ameer Fadhil Abdullah ALGHAZI, a citizen of Iraq, was arrested in Dimmit County, Texas, within the Western District of Texas, for failure to report. ALGHAZI was apprehended by Border Patrol Agents. ALGHAZI did not possess any documents that did would allow him to be or remain in the United States legally. Furthermore, ALGHAZI failed to report himself for inspection at a proper or designated port of entry into the United States.*

Sworn to before me and subscribed in my presence,     /s/ De Milio, Gregory D.
                                                      Signature of Complainant
                                                      De Milio, Gregory D.

09/22/2022                                            at   DEL RIO, Texas
File Date                                                  City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                             Signature of Judicial Officer